# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2506
_____

ROBERT JOSEPH HILL III,

Petitioner,

v.

JARED COX, Warden, Suwannee
Correctional Institution; and
TAYLOR N. HATCH, Secretary,
Florida Department of Children
and Families,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Proceeding.

October 2, 2025

PER CURIAM.

DISMISSED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Stacy A. Scott, Public Defender, and Rachael O'Brien, Assistant
Public Defender, Gainesville, for Petitioner.

No appearance for Respondents.